UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TEK HUYETT OSBORN and, | ) | Case No. 13-00150 |
| STACIE ANN OSBORN, | ) | Chapter 13 |
| | ) | Honorable Frank J. Otte |
| Debtors. | ) | |
| | ) | |

**AGREED ENTRY RESOLVING JPMORGAN CHASE BANK, N.A.'S**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

COME NOW JPMorgan Chase Bank, N.A. (hereinafter referred to as "Bank"), by and through its counsel, Brandt, Fisher, Alward & Pezzetti, P.C., and Tek Huyett Osborn and Stacie Ann Osborn (hereinafter referred to as "Debtors"), by and through their counsel, Robert B. Lynch, and stipulate to the resolution of the Bank's Motion for Relief from Stay and the Debtors' objection thereto, stating as follows:

1. The Bank is the holder of a perfected security interest in the Debtors' 2007 Toyota Sienna, VIN 5TDZK22CX7S090897 (hereinafter referred to as "Collateral"), pursuant to a Retail Installment Contract - Motor Vehicle - Simple Interest dated on or about September 28, 2011 (hereinafter referred to as "Agreement"), executed by Tek Huyett Osborn (hereinafter individually referred to as "Debtor") and James M. Allen (hereinafter referred to as "Co-Debtor").

2. The automatic stay shall remain in effect as to the Collateral upon the conditions set forth in this stipulation.

3. The Debtors' proposed Amended Chapter 13 Plan provides for post-payments under the Agreement to be made directly to the Bank.

4. The Debtor and Co-Debtor are $1,255.72 in default to the Bank under the terms of the Agreement.

5. The Debtors and the Bank agree that the Co-Debtor shall cure the arrearage under the Agreement on or before **June 30, 2013**.

6. The Debtors agree to keep the Collateral adequately insured with full collision coverage and with the Bank listed as a loss payee on the policy, and to provide Bank with proof of insurance upon request.

7. In the event the arrearage under the Agreement is not cured on or before June 30, 2013, or the Debtor and Co-Debtor fail to make any future post-petition payment to the Bank under the Agreement, or the Debtor and Co-Debtor fail to maintain the required insurance on the Collateral, the Bank shall have the right to serve a Notice of Default upon the Debtors and Co-Debtor, and file same with the court.

8. If the Debtor and Co-Debtor fail to cure said default and make any subsequent payments which come due under the Agreement within fifteen (15) days from the date of service of the Notice of Default, the Bank shall be entitled to relief from the automatic stay concerning the Collateral without further Order, notice, or hearing.

9. The Debtors' only defense to the lifting of the automatic stay following issuance of the notice as provided above shall be a challenge to the accuracy of the notice and/or proof that the Debtor and Co-Debtor have, in fact, made the timely payments as well as any subsequent payments as they became due.

BRANDT, FISHER, ALWARD & PEZZETTI, P.C.

Dated:  June 3, 2013             By:    /s/ Susan Jill Rice
                                        Susan Jill Rice (14329-71)
                                        Attorneys for JPMorgan Chase Bank, N.A.
                                        1241 East Eighth Street, Post Office Box 5817
                                        Traverse City, Michigan  49696-5817
                                        (231) 941-9660
                                        Fax: (231) 941-9568
                                        E-mail: jrice@bfarlaw.com

LYNCH & BELCH, P.C.

Dated:  6/3/13                   By:    /s/ Robert B. Lynch
                                        Robert B. Lynch
                                        Attorney for Debtors
                                        7748 Madison Avenue, Suite D
                                        Indianapolis, Indiana 46227
                                        (317) 888-0006 / Fax: (317) 888-8282
                                        E-mail: erin@lynchandbelch.com

Dated:  June 3, 2013                    /s/ Brian Brothers, Staff Attorney for
                                        Ann M. DeLaney, Chapter 13 Trustee
                                        Post Office Box 441285
                                        Indianapolis, Indiana 46244
                                        (317) 829-7360
                                        E-mail: ECFdelaney@trustee13.com