UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:
Tek and Stacie Osborn                    BANKRUPTCY NO: 13-00150-FJO13
Debtors

## OBJECTION TO CLAIM  NO. 10 OF EVERBANK

Come now the debtors by counsel, and object to claim number 10, filed by EverBank and in support shows the Court:

1. That on or about January 9, 2013, the debtors filed a Chapter 13 petition and plan.

2. That on or about March 11, 2013, EverBank filed a Proof of Claim with the court.

3. That the debtors object to the claim and requests the Court to disallow this claim as debtors are now current per the completed loan modification.

WHEREFORE, the debtors object to the claim filed by EverBank and respectfully request the Court disallow the claim, and for all other just and proper relief.

**PLEASE TAKE NOTICE THAT** any response must be filed with the Bankruptcy Clerk within **30 days** of the date of this notice [or such other time period as may be permitted by Fed.R.Bankr.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at: 116 U.S. Courthouse, 46 E. Ohio Street, PO Box 44978, Indianapolis, IN 46244.

The responding party must ensure delivery of the response to the party filing the objection. **If a response is NOT timely filed, the requested relief may be granted.** If a response is filed, a hearing will be set at a later date, and all parties will receive a notice of that hearing.

/s/ Robert B. Lynch
Robert B. Lynch
7748 Madison Avenue, Suite D
Indianapolis, IN  46227
Phone: (317)888-0006
Fax: (317) 888-8282
Rob@lynchandbelch.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served upon parties of record by email or depositing same in the United States Mail, First Class, postage prepaid, this 10th day of July, 2013.

    Christopher Henry Belch erin@lynchandbelch.com, landbbk@gmail.com;indiana.filing@gmail.com
    Ann M. DeLaney ECFdelaney@trustee13.com, ecfdelaney@cypressmail.com
    Stacy Jean DeLee stacy@fouttyandfoutty.com, tammie@fouttyandfoutty.com
    Teresa E. Dearing terry@fouttyandfoutty.com
    Fredric Lawrence rick@nf-law.com
    Robert B. Lynch erin@lynchandbelch.com, landbbk@gmail.com
    Susan Jill Rice jrice@bfarlaw.com, tcampbell@bfarlaw.com
    U.S. Trustee ustpregion10.in.ecf@usdoj.gov

    EverBank, successor by merger to EverHome Mortgage
    c/o EverBank
    Default Outsourcing/CC325
    301 West Bay Street
    Jacksonville, FL 32202