SO ORDERED: August 21, 2013.

_____
**Frank J. Otte**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:
Tek and Stacie Osborn                    BANKRUPTCY NO: 13-00150-FJO13
Debtors

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NO. 10 OF EVERBANK

Come now the debtors, by counsel, having objected to the claim filed by the EverBank, Claim No. 10 and the Court **HEREIN SUSTAINS** debtor's objection to claim and **ORDERS** that the claim be disallowed in its entirety.

###