#11-3387F-SV1-BK1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:<br>OSBORN, Tek Huyett<br>933 Brixton Ln.<br>Greenwood, IN 46142<br>OSBORN Stacie Ann<br>933 Brixton Ln.<br>Greenwood, IN 46142<br>       Debtors | )  CASE NO. 13-00150-RLM-13<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AGREED ENTRY ON MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE LOCATED AT 933 Brixton Lane, Greenwood, IN 46142

Green Tree Servicing LLC ("Secured Creditor"), by counsel, Debtors, by counsel, and Trustee agree as follows:

Debtors shall become current on post-petition arrears of $3,645.85 for the months of January 1, 2015 through May 1, 2015, and $1,026.00 for attorney fees and costs, for a total of $4,671.85 for those items. Secured Creditor is currently holding in Debtors' Suspense Account the amount of $92.65. Upon order of this Court, Secured Creditor will apply from Debtors' Suspense Account the amount of $92.65 leaving a post-petition arrearage of $4,579.20. Debtors shall cure the post-petition arrearage under this Agreed Entry as follows:

| DATE DUE | AMOUNT DUE |
|---|---|
| June 15, 2015 | $763.20 |
| July 15, 2015 | $763.20 |
| August 15, 2015 | $763.20 |
| September 15, 2015 | $763.20 |
| October 15, 2015 | $763.20 |
| November 15, 2015 | $763.20 |

The Debtors shall resume making their regular payment for Account No. XXXX2609 beginning with the payment due on June 1, 2015. The Agreed Entry payments and the regular monthly payments should be mailed directly to **GREEN TREE SERVICING LLC**, P.O. Box 94710, Palatine, IL 60094-4710. Debtors tendering a check to **GREEN TREE SERVICING**

#11-3387F-SV1-BK1

LLC which is subsequently returned due to insufficiency of funds in the account upon which the check is drawn shall not constitute a payment.

It is agreed that relief shall not be granted to Secured Creditor, its successors and assigns at this time, but if Debtors fail to comply with this Agreed Entry, the automatic stay as it relates to the real estate described in the Motion for Relief filed herein on March 17, 2015, shall be lifted and the real estate shall be abandoned without further hearing upon the filing of a Notice of such default with this Court and Debtors' counsel; provided, however, that the Debtors will have fourteen (14) days from the filing of said Notice of Default to file an affidavit with this Court and with counsel for Secured Creditor, its successors and assigns, stating that payment has been made and the method of such payment, in order to prevent the lifting of the automatic say.

IT IS FURTHER AGREED that this Agreed Entry On Motion For Relief From Stay and to Abandon Real Estate shall bind Debtors in any conversion of the above-entitled bankruptcy proceeding, and that any further automatic stay as defined under 11 U.S.C. Section 362(a) issued during that period shall **not** arise with respect to Debtors and as to the interest of Secured Creditor, it successors and assigns.

**AGREED TO:**

DATED: 6/2/15

_____
Stacy J. DeLee
Attorney for Secured Creditor
FOUTTY & FOUTTY, LLP
155 E. Market Street, Suite 605
Indianapolis, IN 46204
Phone: (317) 632-9555
Fax: (317) 624-0397
Email: bk@fouttyandfoutty.com

DATED: 5-26-15

_____
Robert B. Lynch
Attorney for Debtor
LYNCH & BELCH, PC
7210 Madison Ave., Ste. B
Indianapolis, IN 46227
Phone: 317-888-0006
Fax: 317-888-8282
Email: erin@lynchandbelch.com

#11-3387F-SV1-BK1

DATED: May 15, 2015                          /s/ Brian Brothers
                                             Ann M. DeLaney
                                             P.O. Box 441285
                                             Indianapolis, IN 46244
                                             Phone: 317-829-7360